UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF<br>PETER ESQUIBEL, | ) Case No. CV 10-1895-ODW(RC)<br>)<br>)<br>) JUDGMENT<br>)<br>)<br>) |

Pursuant to the Opinion and Order,

IT IS ADJUDGED that the action is SUMMARILY DISMISSED without prejudice.

DATED: <u>March 26, 2010</u>

_____
OTIS D. WRIGHT II
UNITED STATES DISTRICT JUDGE

R&R-MDO\10-1895.jud
3/17/10